## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

December 5, 2024

**VIA ECF**
Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 15C
New York, N.Y. 10007-1312

     Re:    ***Igartua v. Good Grades, LLC***
             ***Case No. 1:24-cv-06575 (LJL)***
             ***Letter Motion for Extension of Time to Serve Defendant***

Dear Judge Liman:

Our office represents Plaintiff Juan Igartua ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant Good Grades, LLC ("Defendant"). We write now to respectfully request that the Court issue an Order, *nunc pro tunc*, extending the time for service upon the Defendants until December 30, 2024. We make this request pursuant to Federal Rules of Civil Procedure 4(m) and 6(b)(1)(B), which allows for extensions on motion made after the time has expired if the party failed to act because of excusable neglect. Should the Court grant this application, we would further respectfully request that the Court schedule the initial conference for a date in late January or early February 2025.

### Procedural History

By way of background, the instant matter was filed on August 30, 2024. The Summons was issued on September 3, 2024 (ECF Dkt. 4). We sent the Summons and Complaint to our process servers, Meridian Investigations & Security in Port Washington, New York, for service upon the Defendants. Unfortunately, Meridian has not yet effectuated service upon the Defendants, despite our resubmission of another copy of the Summons, Complaint, and relevant Exhibits related to this action.

Due to unforeseen staffing losses, including the head of ADA Division, Nathaniel Peckham, Esq., and our ADA paralegal, Adaciris Montesino, we failed to realize that Defendants had not been served until just this past week.   We apologize to the Court for this oversight, and we will make sure that this does not happen again moving forward.

Based on the foregoing, we respectfully request that the Court issue an Order, *nunc pro tunc*, extending the time for service upon the Defendant until December 30, 2024, and setting this matter down for an initial conference in late January or early February 2025, on a date that is convenient to the Court.

We thank the Court consideration of this request.

Sincerely,

Jon L. Norinsberg, Esq.
*Senior Partner*
*Attorney for Plaintiff*
*110 East 59th Street, Suite 2300*
*New York, New York 10022*
*Tel. No.: (212) 227-5700*
*Fax No.: (212) 406-6890*
*jon@norinsberglaw.com*

Plaintiff shall effectuate service no later than December 30, 2024. An initial conference is scheduled for January 31, 2025 at 2PM. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 6, 2024