```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JUAN IGARTUA,                                                      :
                                                                   :
                        Plaintiff,                                 :
                                                                   :           24-cv-6575 (LJL)
        -v-                                                        :
                                                                   :               ORDER
GOOD GRADES LLC,                                                   :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2025

LEWIS J. LIMAN, United States District Judge:

An initial pretrial conference was scheduled for January 31, 2025. Dkt. No. 9. No party appeared.

The initial pretrial conference is adjourned to February 24, 2025 at 12:00 PM. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322. If Plaintiff fails to appear at that conference, the case may be dismissed for failure to prosecute.

SO ORDERED.

Dated: January 31, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge