AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JUAN IGARTUA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-CV-6575 |
| GOOD GRADES LLC | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                      .

Date:    04/17/2025

Arjeta Albani
*Attorney's signature*

Arjeta Albani 565587
*Printed name and bar number*

110 E. 59th Street, Suite 2300
New York, New York 10022

*Address*

arjeta@employeejustice.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*