```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JUAN IGARTUA,                                                    :
                                                                 :
                              Plaintiff,                         :
                                                                 :            24-cv-6575 (LJL)
            -v-                                                  :
                                                                 :              ORDER
GOOD GRADES LLC,                                                 :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/7/2025

LEWIS J. LIMAN, United States District Judge:

Plaintiff has moved for a default judgment. Dkt. No. 17. The Court held a telephonic conference on the motion on May 7, 2025. Counsel for Plaintiff appeared but no counsel for Defendant appeared. This Order memorializes the order stated during the conference.

Plaintiff has leave to file, by May 16, 2025, a supplemental declaration in support of his motion for default judgment. The declaration may detail, *inter alia*, Plaintiff's attempts to alert Defendant to this litigation, the continuing accessibility barriers on the website at issue, and Plaintiff's request for attorney's fees. Simultaneous with the filing of the supplemental declaration, Plaintiff shall mail to the Defendant a copy of its original papers in support of the motion for default judgment, the supplemental declaration, and a copy of this Order.

Defendant may respond to the motion for default judgment, including Plaintiff's supplemental filings, by May 30, 2025 at the latest.

The Court will hold a telephonic default judgment hearing on June 6, 2025 at 12 PM. All parties are invited to attend. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322.

SO ORDERED.

Dated: May 7, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge